IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAYNELL SIMS and DONNA GUILLOT, individually and on behalf of others similarly situated; | ) ) ) ) | |
| Plaintiffs | ) ) | Civil Action No. 2:17-cv-05892 |
| v. | ) ) | Judge Carl J. Barbier |
| 3705 IBERVILLE, LLC d/b/a. THE BLIND PELICAN and STEVEN SEEBER; | ) ) ) ) | Mag. Judge Karen Wells Roby  COLLECTIVE ACTION |
| Defendants | ) ) | |

**MOTION FOR SUMMARY JUDGMENT
TO ENFORCE SETTLEMENT**

Plaintiffs Raynell Sims and Donna Guillot, on their own behalf and on behalf of the members of the collective, hereby file this Motion for Summary Judgment to enforce the parties' settlement pursuant to Fed. R. Civ. P. 56 and the Court's Order entered on August 27, 2018 [Dkt. #35].

This is a Fair Labor Standards Act lawsuit seeking payment of underpaid wages. The parties have reached a settlement as to the amounts due to all individuals who have opted into this lawsuit, including the two named plaintiffs. The parties have further agreed that Defendants shall pay Plaintiffs' reasonable attorney's fees and costs, pursuant to 29 U.S.C. § 216(b). However, Defendants claim that they are unable to pay the agreed-upon sums, based in part on an ongoing receivership which has been imposed by a judge of the Orleans Parish Civil District Court. Plaintiffs now believe it is necessary to obtain a formal judgment in this matter in order to confirm their legally enforceable right to recover the settlement sums.

Upon entry of an order on this motion, Plaintiffs will file a separate motion to recover attorney's

fees and costs pursuant to Fed. R. Civ. P. 54(d)(2).

Respectfully Submitted,

/s *Charles J. Stiegler*
Charles J. Stiegler, #33456 (TA)
STIEGLER LAW FIRM LLC
318 Harrison Ave., Suite 104
New Orleans, La. 70124
(504) 267-0777 (telephone)
(504) 513-3084 (fax)
Charles@StieglerLawFirm.com

Justin Chopin, # 31100
CHOPIN LAW FIRM LLC
650 Poydras St., Suite 1550
New Orleans, La. 70130
(504) 229-6681 (telephone)
(504) 324-0640 (fax)
Justin@ChopinLawFirm.com

<u>Certificate of Service</u>

I hereby certify that on this 13th day of November 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed.

/ s *Charles J. Stiegler*
Charles J. Stiegler